## ATTACHMENT A

*PROPERTY TO BE SEARCHED*

The property to be searched (the Subject Premises) is described as follows:

(1) 1153 Hardscrabble Road, Bristol, Vermont. This property is described as follows: The residence, pictured below, is described as a two-story Cape Cod style residence, with cream colored siding and a grey colored asphalt shingled roof. When viewing from Hardscrabble Road, there is a detached two-car garage on the right side of the residence, the garage has red colored siding and a grey colored asphalt shingled roof. The front door to the residence is in the center of the residence, there is also another door on the right side of the residence, near the detached garage. The number "1153" is displayed on the railing of the side entrance.

(2) Any outbuildings on the property, to include but not limited to, a two-car detached garage, red in color, with a grey colored asphalt shingle roof.

(3) A 2014 Subaru Impreza, black in color, displaying VIN: JF1GR7E63EG202586, bearing Vermont Registration SC00TER, registered to Scott I. Remick.

(4) The person of Scott I. Remick, if he is not present on the property at the time of the execution of the search warrant.







