```
                                                    U.S. DISTRICT COURT
                                                    DISTRICT OF VERMONT
                                                           FILED

         UNITED STATES DISTRICT COURT                2021 JUL -2  PM 4:05
              DISTRICT OF VERMONT
                                                          CLERK
IN RE: SEARCH WARRANT OF        )               BY_____
1153 HARDSCRABBLE ROAD          )                   DEPUTY CLERK
BRISTOL, VT                     )
                                                    2:21-MJ-67
```

## MOTION TO SEAL DOCUMENTS

On July 2, 2021, the Government applied for a warrant to conduct a search of the premises located at 1153 Hardscrabble Road, Bristol, Vermont. The Government moves this Court to seal this motion, the docket sheet, the Application and Affidavit for the above Search Warrant, and the Search Warrant, until further notice of the Court, except insofar as needed to effectuate service of the search warrant. Not filing the materials under seal would seriously jeopardize the investigation. Specifically, sealing the foregoing items will ensure that the target of the investigation is not alerted and does not take steps to interfere with the investigation, such as destroying evidence and fleeing.

Dated at Burlington, in the District of Vermont, this 2nd day of July, 2021.

UNITED STATES OF AMERICA

JONATHAN A. OPHARDT
Acting United States Attorney

By: _____
BARBARA A. MASTERSON
Counselor to the U.S. Attorney
P.O. Box 570
Burlington, VT 05402
(802) 951-672