AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Vermont

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2021 JUL -2 PM 4:04

CLERK
BY_____
DEPUTY CLERK

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
Electronically stored information on digital devices )  Case No.
and media accessing Internet through Waitsfield )
and Champlain Valley Telecom account )
200155513 )

2:21-MJ-67

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated herein

located in the _____ District of _____ Vermont _____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2); | Knowing receipt and distribution of child pornography; |
| 18 U.S.C. § 2252(a)(4); | Knowing possession of child pornography; and |
| 18 U.S.C. § 2252(a)(1) | Knowing transportation of child pornography |

The application is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

☑ Delayed notice of __30__ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Michael McCullagh, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 2, 2021

_____
*Judge's signature*

City and state: Burlington, Vermont          Honorable Kevin J. Doyle, U.S. Magistrate Judge
*Printed name and title*