## ATTACHMENT A

### Property to be seized and searched

Electronically stored information on digital devices and media accessing the Internet through Waitsfield and Champlain Valley Telecom account 200155513, assigned to username "sremick," name - Scott Remick, and physical address 1153 Hardscrabble Road, Bristol, Vermont (the Account).