U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2021 JUL -2  PM 4 04

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

CLERK

BY_____
DEPUTY CLERK

2:21-MJ-67

IN RE: SEARCH WARRANT OF      )
Electronically stored information on   )
digital devices and media accessing Internet )
through Waitsfield and Champlain Valley  )
Telecom account 200155513     )

## MOTION TO SEAL DOCUMENTS

On July 2, 2021, the Government applied for a warrant to conduct a remote search of electronically stored information on digital devices and media accessing the Internet through Waitsfield and Champlain Valley Telecom account number 200155513, assigned to username "sremick," name -.Scott Remick, and physical address 1153 Hardscrabble Road, Bristol, Vermont.  The Government moves this Court to seal this motion, the docket sheet, the Application and Affidavit for the above Search Warrant, and the Search Warrant, until further notice of the Court, except insofar as needed to effectuate service of the search warrant.  Not filing the materials under seal would seriously jeopardize the investigation.  Specifically, sealing the foregoing items will ensure that the target of the investigation is not alerted and does not take steps to interfere with the investigation, such as destroying evidence and fleeing.

Dated at Burlington, in the District of Vermont, this 2nd day of July, 2021.

UNITED STATES OF AMERICA

JONATHAN A. OPHARDT
Acting United States Attorney

By:     _____
BARBARA A. MASTERSON
Counselor to the U.S. Attorney
P.O. Box 570
Burlington, VT 05402
(802) 951-672