U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2021 JUL -2 PM 4:04

CLERK
BY ____EU____
DEPUTY CLERK

2:21-MJ-67

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

IN RE: SEARCH WARRANT OF            )
Electronically stored information on )
digital devices and media accessing Internet )
through Waitsfield and Champlain Valley )
Telecom account 200155513           )

## ORDER

This matter having been presented to the Court by the Government, and the Court having considered the motion, and with good cause shown, it is hereby

ORDERED, that the Application for a Search Warrant, the incorporated Affidavit, the Search Warrant, the motion to seal, this Order, and the docket sheet in this matter, are hereby sealed until further order of the Court, except insofar as needed to effectuate service of the search warrant. The Court finds that sealing is necessary at this time to protect the integrity of an ongoing investigation and to ensure that the target of the investigation is not alerted and does not take steps to interfere with the investigation, such as destroying evidence and fleeing.

Dated at Burlington, in the District of Vermont, this 2nd day of July, 2021.

_____
HONORABLE KEVIN J. DOYLE
United States Magistrate Judge