UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2:21-mj-67 |
| ) | |
| SCOTT REMICK, ) | |
|     Defendant ) | |

## MOTION TO UNSEAL SEARCH WARRANTS

In June 2021, law enforcement began an investigation into whether Scott Remick knowingly possessed images of child pornography. In connection with that investigation, the following search warrants were obtained (collectively, the Search Warrants):

1. On July 2, 2021, for Electronically stored information on digital devices and media accessing Internet through Waitsfield and Champlain Valley Telecom account 200155513; and

2. On July 2, 2021, for 1153 Hardscrabble Road, Bristol, Vermont.

To protect the integrity of the ongoing investigation, the Court ordered the Search Warrants sealed.

On July 7, 2021, law enforcement arrested Remick. Because Remick is aware of the investigation, the rationale for maintaining the Search Warrants obtained in this case *under seal*

no longer exists. Accordingly, the government respectfully moves the Court to unseal the Search Warrants and related materials:

Dated at Burlington, in the District of Vermont, this 7th day of July, 2021.

Respectfully submitted,

UNITED STATES OF AMERICA

JONATHAN A. OPHARDT
Acting United States Attorney

BARBARA A. MASTERSON
Assistant U.S. Attorney
P.O. Box 570
Burlington, VT 05402
(802) 951-6725