U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2021 JUL -7 PM 5: 07

CLERK
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Case No. 2:21-mj-67 |
| SCOTT REMICK, | ) |
| Defendant | ) |

### ORDER UNSEALING SEARCH WARRANTS

This matter having been presented to the Court by the Government, and the Court having considered the motion, the Court finds that sealing is no longer necessary to protect the integrity of an ongoing investigation. Accordingly it is hereby

ORDERED, that the following Applications for Search Warrants, and related documents (Motion to Seal Documents, U.S. District Court's docket sheet, Application and Affidavit for Search Warrant, Search Warrant, Order sealing documents) are hereby unsealed:

1. Electronically stored information on digital devices and media accessing Internet through Waitsfield and Champlain Valley Telecom account 200155513; and

2. 1153 Hardscrabble Road, Bristol, Vermont.

The government's Motion to Unseal Search Warrants and this Order are also unsealed.

Dated at Burlington, in the District of Vermont, this 7th day of July, 2021.

_____
HON. KEVIN J. DOYLE
United States Magistrate Judge