AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Vermont

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| SCOTT REMICK | ) | Case No. 2:21-MJ-67-1 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2021 JUL -8 AM 9:48

CLERK
BY  EH
DEPUTY CLERK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 7, 2021__ in the county of __Addison__ in the _____ District of __Vermont__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2252(a)(4)(B) | knowingly possessed visual depictions that were produced using materials that had been shipped or transported by any means and facility of interstate and foreign commerce, including by computer, and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Michael McCullagh, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __07/08/2021__

_____
Judge's signature

City and state:  Burlington, Vermont     Hon. Kevin J. Doyle, U.S. Magistrate Judge
*Printed name and title*