USDC-VT Video Consent 1/2021

# UNITED STATES DISTRICT COURT
## for the
## District of Vermont

United States of America

v.

Scott Remick

Case No. 2:21-mj-00067-kjd

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
7/8/21
BY H3C
DEPUTY CLERK

## CONSENT TO PARTICIPATE IN HEARING
## VIA VIDEO TELECONFERENCE

NOW COMES the defendant, by and through counsel, and consents to participate by video teleconference in the __Initial Appearance__ hearing, scheduled on __July 8, 2021__ at __2:30__ ☐ a.m. / ☒ p.m. in ☒ Burlington / ☐ Rutland, Vermont. *See* Fed. R. Crim. P. 5(g); 10(c); and 43.

The defendant also agrees, for purposes of this hearing, that video teleconferencing technology satisfies the requirement of Fed. R. Crim. P. 10(a) that the hearing be conducted "in open court" and of Rule 43(a) that the defendant be "present" at the hearing.

07/08/2021
Date

_____
Defendant

07/08/2021
Date

*/s/ Barclay T. Johnson*
Counsel for Defendant

*The defendant's request to participate via video teleconference is hereby **APPROVED**.*

7/8/21
Date

_____
U.S. District/Magistrate Judge