NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                                                                          Case No. 2:21-mj-67-1

Scott Remick

TAKE NOTICE that the above-entitled case is scheduled for Monday, July 26, 2021 at 11:00 a.m. before the Honorable Kevin J. Doyle, Magistrate Judge, for a Preliminary Hearing or Arraignment.

Location: Courtroom 410                                      JEFFREY S. EATON, Clerk
                                                                              By: */s/ H. Beth Cota*
                                                                              Deputy Clerk
                                                                              7/12/2021

TO:

Barbara A. Masterson, AUSA

Office of the Federal Public Defender