UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>        Plaintiff,                                  )<br>              v.                                        )<br>                                                           )     Case No. 2:21-mj-00067-kjd<br>SCOTT REMICK,                              )<br>        Defendant.                              ) | |

NOTICE OF APPEARANCE

NOW COMES Steven Barth who hereby enters his appearance for the Office of the Federal Public Defender by and on behalf of the above-named defendant, Scott Remick.

Dated:     July 15, 2021.


By:     */s/ Michael L. Desautels*
          STEVEN L. BARTH
          Assistant Federal Public Defender
          Office of the Federal Public Defender
          95 Pine Street, Suite 150
          Burlington, VT 05401
          Phone: (802) 862-6990
          Fax: (802) 862-7836
          Email: Steven_Barth@fd.org
          Counsel for Scott Remick